

NUMBER 13-12-00017-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA GUADALUPE ESPITIA AND
TOMASA PRADO ZAPATA,                                        Appellants,

v.

BLANCA ISIDORA DAVILA AND ARTURO DAVILA,          Appellees.

**On appeal from the County Court at Law No. 5
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Perkes
Memorandum Opinion Per Curiam**

Appellants, Maria Guadalupe Espitia and Tomasa Prado Zapata, perfected an

appeal from a judgment entered by the County Court at Law No. 5 of Hidalgo County,

Texas, in cause number CL-11-1288-E. The parties have filed a joint motion to dismiss

the appeal on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 27th
day of December, 2012.

2